**DISMISS; and Opinion Filed November 13, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00941-CV

**JDK HOLDINGS, LLC, NIGEL KREFT, INDIVIDUALLY, AND IN HIS CAPACITY AS TRUSTEE OF THE KREFT 2011 TRUST, AND MARIAN ROBERTS, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE KREFT 2011 TRUST, Appellants**

**V.**

**TEXAS BRAND BANK, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-06728**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Before the Court is appellants' agreed motion to dismiss the appeal. Appellants have informed the Court that the parties have settled their differences. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/
DAVID LEWIS
JUSTICE

130941F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JDK HOLDINGS, LLC, NIGEL KREFT, INDIVIDUALLY, AND IN HIS CAPACITY AS TRUSTEE OF THE KREFT 2011 TRUST, AND MARIAN ROBERTS, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE KREFT 2011 TRUST, Appellants

No. 05-13-00941-CV        V.

TEXAS BRAND BANK, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-11-06728.
Opinion delivered by Justice Lewis.
Justices Bridges and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, TEXAS BRAND BANK, recover its costs of this appeal from appellants, JDK HOLDINGS, LLC, NIGEL KREFT, INDIVIDUALLY, AND IN HIS CAPACITY AS TRUSTEE OF THE KREFT 2011 TRUST, AND MARIAN ROBERTS, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE KREFT 2011 TRUST.

Judgment entered this 13th day of November, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE